**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

In re:                                    ) CASE NO: 10-52299-399  Chapter 13
    NIKKI S JONES                         )
                                 ) Trustee's Objection to Confirmation
                                 )
                                 ) Original confirmation hearing
                Debtor(s)  ) set for Dec 16, 2010  9:00 AM

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee,  and
for his objection to confirmation states as follows:

1. The set monthly payments to be made by the Trustee exceed the plan
   payment.
2. Per schedules I and J, monthly expenses exceed monthly income such
   that debtor is not able to make plan payments.  11 U.S.C. Section
   1325(a)(6).  If debtor does make plan payments, schedules I and J
   must be significantly incorrect and should be amended.
3. A. The Trustee has not received a copy of Debtor's 2009
   federal tax return (only state was received). B.  Petition
   fails to disclose prior case 10-43588.  C. Schedule J fails
   to allocate $265 for use of father's van, as testified at
   section 341 meeting,

    **WHEREFORE** the Trustee prays the Court  enter  its  order  denying
confirmation of the proposed plan.


                                   /s/ John V. LaBarge, Jr.
DSD-351                              --------------------------------
                                   John V LaBarge Jr
Copy served on the following either   Chapter 13 Trustee
through the Court's ECF system or by   P.O. Box 430908
ordinary mail on December 1, 2010  :   St. Louis, MO 63143    (314) 781-8100
                                   trust33@ch13stl.com   Fax:(314) 781-8881

LEGAL HELPERS PC
515 OLIVE ST
STE 702
ST LOUIS MO  63101

NIKKI S JONES
4015 MEADOWLAND DR
FLORISSANT MO  63033